IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD WALLS,** *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-5739** |
| : | |
| **COMMONWEALTH OF PA –** : | |
| **JUDICIAL SYSTEM,** *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 14th day of January, 2025, upon consideration of Plaintiffs Edward Walls and Tonya Chavis-Walls's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF Nos. 2, 6), and Motions for Leave to Amend (ECF Nos. 7, 8), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** as follows:

   a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

   b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Motions for Leave to Amend (ECF Nos. 7, 8) are **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                       **BY THE COURT:**

                                                       /s/ John R. Padova, J.

                                                       _____

                                                       **JOHN R. PADOVA, J.**